UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
NATALIA JUSCINSKA, on behalf of        :    18cv7844(DLC)
herself and all others similarly       :
situated,                              :    ORDER OF
                                       :    DISCONTINUANCE
                    Plaintiff,         :
          -v-                          :
                                       :
WEST 63 EMPIRE ASSOCIATES, LLC, a New  :
York Limited Liability company,        :
                                       :
                    Defendant.         :
-------------------------------------- X

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **March 15, 2019**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          February 13, 2019

                              _____
                                    DENISE COTE
                              United States District Judge